

| Probation Form 22 (REV MAR 05) | United States District Court Federal Probation System **TRANSFER OF JURISDICTION** | DOCKET NUMBER (Transfer Court) 7:14-MJ-1057M-1 |
|---|---|---|
| | | DOCKET NUMBER (Rec. Court) 2:14-CR-653-DSF |

| NAME OF OFFENDER | DISTRICT | DIVISION |
|---|---|---|
| Andrea Alvarez Lindberg Central District of California | EASTERN NORTH CAROLINA | |
| | NAME OF SENTENCING JUDGE Robert B. Jones, Jr. | |
| | DATES OF SUPERVISION → | FROM 08/06/2014 TO 08/05/2015 |

**OFFENSE**: DWI, Level III, 18 U.S.C. § 13, assimilating NCGS 20-138-1, Injury to Personal Property, 18 U.S.C. §13, assimilating NCGS 14-160 and Simple Possession of Drug Paraphernalia, 18 U.S.C. § 3, assimilating NCGS 0-113.22

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NORTH CAROLINA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605 the jurisdiction of the offender named above be transferred with the records of this court to the United States District Court for the Central District of California upon that court's order of acceptance of jurisdiction. This court hereby expressly consents that the period of supervision may be changed by the district court to which this transfer is made without further inquiry of this court.*

November 7, 2014
Date

_[signature]_
U.S. Magistrate Judge

* This sentence may be deleted in the discretion of the transferring court.

**PART 2 ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA

IT IS HEREBY ORDERED that jurisdiction over the above-named offender be accepted and assumed by this court from and after the entry of this order.

11/18/14
Effective date

_[signature]_
United States District Judge
I hereby attest and certify on 11/20/14 that the foregoing document is full, true and correct copy of the original on file in my office, and in my legal custody.

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY CLERK